**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**    C L O S E D
**SOUTHERN DIVISION**


DERRICK BRADFORD, # 467441,

                    Plaintiff,                    Case No.  08-10600
                                                  Hon. Anna Diggs Taylor
v.                                                Magistrate Judge Donald A. Scheer

PATRICIA CARUSO, et al.,

                    Defendants.
_____/

## ORDER ACCEPTING MAGISTRATE'S REPORT AND RECOMMENDATION

        This matter is before the Court on Magistrate Judge Donald A. Scheer's Report and Recommendation of July 7, 2008, granting Defendants' Motion for Summary Judgment [D/E 12].

        The Court has reviewed the file, the Magistrate Judge's Report and Recommendation, and Plaintiff's objections.  The Court finds that the law cited by the Magistrate has been correctly placed and is controlling in this matter.

        Therefore, the Court will accept the Magistrate's Report and Recommendation of July 7, 2008 as the findings and conclusions of this Court.

        Accordingly,

        IT IS HEREBY ORDERED that Magistrate Judge Scheer's Report and Recommendation of July 7, 2008 is ACCEPTED and ADOPTED.

        IT IS SO ORDERED.


DATED:  August 14, 2008                    **s/Anna Diggs Taylor**
                                           ANNA DIGGS TAYLOR
                                           UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order and Judgment was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on August 14, 2008.

Derrick Bradford, # 467441
Alger Maximum Correctional Facility
Industrial Park Drive
P.O. Box 600
Munising, MI 49862                          s/Johnetta M. Curry-Williams
                                            Case Manager